IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON CHRISTOPHER McBRIDE                                                          PLAINTIFF

      v.                    Civil No.   4:11-cv-04074

MILLER COUNTY DETENTION
CENTER; and HEALTH CARE CO.                                                        DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights action pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Harry F. Barnes, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation

By order entered on August 2, 2011 (ECF No. 3), Plaintiff was advised that the Miller County Detention Center is a building and cannot be sued under § 1983. Plaintiff was informed that he must list as Defendants those individuals who he believes violated his federal constitutional rights and state how each Defendant violated his rights. Plaintiff filed an amended complaint on August 8, 2011 (Doc. 5). The complaint does not list any individuals he wishes to sue or state how each named Defendant violated the Plaintiff's federal constitutional rights. In other words, the amended complaint does not comply with the Court's order.

On August 24, 2011 (ECF No. 6), an order was entered giving Plaintiff until September 6, 2011, to submit an amended complaint. Plaintiff was advised that he must list each individual he intends to name as Defendants (*see* Section IV(B) on page 3 of the form complaint). Plaintiff was also informed that he must complete Section VII, the Statement of Claim portion (pages 4-5), of the complaint form. Plaintiff was told that failure to comply with an order of the Court may result in the dismissal of this case.

Plaintiff has not filed his amended complaint. He has not requested an extension of time to comply with the order. He has not communicated with the Court in anyway.

I therefore recommend that this case be dismissed without prejudice based on Plaintiff's failure to obey the orders of the Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

**DATED this 14th day of September 2011.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE