IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON CHRISTOPHER McBRIDE                                      PLAINTIFF

vs.                              Civil No. 4:11-cv-4074

MILLER COUNTY DETENTION
CENTER and HEALTH CARE CO.                                  DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 14, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that this case be dismissed without prejudice based on Plaintiff's failure to obey the orders of the Court and his failure to prosecute this action. *See* Fed. R. Civ. P. 41(b). The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 5th day of October, 2011.

                                                           /s/ Harry F. Barnes
                                                           Hon. Harry F. Barnes
                                                           United States District Judge